# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Lisa Parisi v. Goldman, Sachs & Co.  Docket No.: 11-5229-cv

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Allison M. Zieve

Firm: Public Citizen Litigation Group

Address: 1600 20th Street NW, Washington, DC 20009

Telephone: (202) 588-1000   Fax: (202) 588-7795

E-mail: azieve@citizen.org

Appearance for: Public Citizen, Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Plaintiffs-Appellees Lisa Parisi, Shanna Orlich, and H. Christina Chen-Oster )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on September 8, 2009    OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Allison M. Zieve

Type or Print Name: Allison M. Zieve